UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN -7 P 2: 34
U.S. DISTRICT COURT
DISTRICT OF MASS.

| JAMES F. POINTER, | |
|---|---|
| Plaintiff, | |
| v. | CIVIL ACTION NO.: 04-10973-PBS |
| NATIONAL RAILROAD PASSENGER CORPORATION | |
| Defendant | |

## NOTICE OF APPEARANCE OF MICHAEL B. FLYNN

Kindly enter my appearance as counsel and attorney of record for the defendant, National Railroad Passenger Service.

Respectfully submitted,

Michael B. Flynn, BBO #559023
FLYNN & ASSOCIATES, P.C.
400 Crown Colony Drive
Suite 200
Quincy, MA 02169
(617) 723-5500

Dated: 6/4/04

G:\F & A\CASE FILES\AMTRAK\occupational\POINTER\Pleadings\MBF Notice of Appearance.6.4.04.doc

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing pleading on all parties by hand/mail delivering same, to all counsel of record.
Signed under the pains and penalties of perjury.

DATED 6/4/04

1