UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN -7 P 2: 24
U.S. DISTRICT COURT
DISTRICT OF MASS.

JAMES F. POINTER,
    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER
CORPORATION
    Defendant

CIVIL ACTION NO.: 04-10973-PBS

## NOTICE OF APPEARANCE OF LORI A. WIRKUS

Kindly enter my appearance as counsel and attorney of record for the defendant, National Railroad Passenger Service.

Respectfully submitted,

_____
Lori A. Wirkus, BBO #635525
FLYNN & ASSOCIATES, P.C.
400 Crown Colony Drive
Suite 200
Quincy, MA 02169
(617) 723-5500

Dated: _____

G:\F & A\CASE FILES\AMTRAK\occupational\POINTER\Pleadings\LAW Notice of Appearance.6.4.04.doc

### CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing pleading on all parties by hand/mail delivering same, to all counsel of record.
Signed under the pains and penalties of perjury.

DATED     6/4/04

_____

1