≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the     District of    Massachusetts

Boston Division

James F. Pointer

**SUMMONS IN A CIVIL ACTION**

V.

National Railroad Passenger Corporation    CASE NUMBER:

## 04-10973 PBS

TO: (Name and address of Defendant)

National Railroad Passenger Corporation
253 Summer Street
Boston, MA 02210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| Thomas J. Joyce III | Michael J. McDevitt, Local Counsel |
| HANNON & JOYCE | LAWSON & WEITZEN, LLP |
| The Public Ledger Bldg. Ste. 1000 | 88 Black Falcon Avenue |
| 150 S. Independence Mall West | Suite 345 |
| Philadelphia, PA 19106 | Boston, MA 02210 |

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

5-17-04

DATE

(By) DEPUTY CLERK