UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES F. POINTER,<br>            Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION<br>            Defendant | CIVIL ACTION NO.:   04-10973-PBS |

**NOTICE OF APPEARANCE**

Now comes John E. Young, of FLYNN & ASSOCIATES, P.C., 400 Crown Colony Drive, Suite 200, Quincy, MA 02169 to enter his general appearance on behalf of the defendant, National Railroad Passenger Corporation, in the above-captioned matter.

Respectfully submitted,
National Railroad Passenger Corporation,
By its attorneys,

s/John E. Young
John E. Young, BBO #654093
FLYNN & ASSOCIATES, P.C.
400 Crown Colony Drive
Suite 200
Quincy, MA  02169
(617) 773-5500

DATE:  July 27, 2004
G:\F & A\CASE FILES\AMTRAK\occupational\POINTER\Pleadings\JEY Notice of Appearance 7-27-04.doc