UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

James Pointer,
        Plaintiff(s),                      CIVIL ACTION
                                                          NO. 04-10973-PBS

    v.

National Railroad Passenger Corp.,
        Defendant(s).

**PRETRIAL ORDER**

SARIS, D.J.                                            August 2, 2004

       The above action has been set down for a JURY TRIAL on 9/6/05, at 9:00 a.m.

       A FINAL PRETRIAL CONFERENCE has been scheduled for 8/25/05, at 2:00 p.m..

       By 7/25/05, the parties shall make pretrial disclosures as required by Fed. R. Civ. P. 26(a)(3).

       Objections to the pretrial disclosures shall be served and filed by 8/8/05.

       By 8/18/05, the parties shall file a joint pretrial memorandum in accordance with L.R. 16.5(d).

Counsel are required to confer fifteen days before the final pretrial conference for the purpose of

preparing the joint pretrial memorandum.

       By 8/11/05, the parties shall file/serve proposed jury instructions, proposed voir dire questions,

motions in limine, witness/exhibit lists[1], and any designations[2] of deposition testimony.

       By 8/18/05, the parties shall file/serve opposition to motions in limine, any objections to

---

[1]Exhibits shall be premarked with <u>one</u> set of exhibit numbers. There should be no duplicative exhibit numbers. For example, if plaintiff's exhibits are premarked ## 1 - 100, the defendant's exhibits should be premarked ## 101, 102, etc... Counsel shall file with the Court an original and two (2) copies of the exhibit and witness lists.

[2]It is helpful if designations and counter-designations are submitted on the same copy, with designations highlighted in one color and counter-designations highlighted in another.

witnesses or exhibits, and counter-designations of deposition testimony.

Trial briefs shall be filed/served by 8/30/05.

By the Court,


/s/ Robert C. Alba
Deputy Clerk