UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

James Pointer
Plaintiff,

V.     Civil Action Number
       04-10973-PBS

National Railroad Passenger Corp.
Defendant.     August 2, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 1/31/05

Plaintiff's expert designation deadline: 2/28/05

Defendant's expert designation deadline: 3/31/05

Expert discovery deadline: 4/29/05

Summary Judgment Motion filing deadline: 5/15/05

Opposition to Summary Judgment Motions: 5/31/05

Hearing on Summary Judgment or Pretrial Conference: 6/14/05 at 2:00 p.m.

Final Pretrial Conference: 8/25/05 at 2:00 p.m.

Jury Trial: 9/6/05 at 9:00 a.m.

Case to be referred to Mediation program: April, 2005

By the Court,

/s/ Robert C. Alba

Deputy Clerk