UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES F. POINTER,<br>　　　　Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION<br>　　　　Defendant | CIVIL ACTION NO.:  04-10973-PBS |

### DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to L.R. 7.3, National Railroad Passenger Corporation ("AMTRAK") hereby files its *Corporate Disclosure Statement*:

The United States, through the Secretary of the Treasury, owns one hundred percent (100%) of AMTRAK's preferred stock shares. American Premiere Underwriters, Inc., owns fifty-six percent (56%) of AMTRAK's common stock shares and Burlington Northern Santa Fe owns thirty-six percent (36%) of AMTRAK's common stock shares.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　National Railroad Passenger Corporation,
　　　　　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　　　　　s/John E. Young_____
　　　　　　　　　　　　　　　　　　　John E. Young, BBO #654093
　　　　　　　　　　　　　　　　　　　FLYNN & ASSOCIATES, P.C.
　　　　　　　　　　　　　　　　　　　400 Crown Colony Drive
　　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　　Quincy, MA 02169
　　　　　　　　　　　　　　　　　　　(617) 773-5500
　　　　　　　　　　　　　　　　　　　(617) 773-5510 (facsimile)

DATE:  November 2, 2004
G:\F & A\CASE FILES\AMTRAK\occupational\POINTER\Pleadings\Corp Discl.doc