UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

James Pointer
        Plaintiff,                CIVIL ACTION
                                                NO.  04-10973-PBS
    v.

National Railroad Passenger Corp.
        Defendant.

**NOTICE OF RESCHEDULED MOTION HEARING / PRETRIAL CONFERENCE**

SARIS, U.S.D.J.                                                                          January 25, 2005

       The Summary Judgment Motion Hearing / Pretrial Conference previously scheduled for June 14, 2005, has been **rescheduled** to **June 15, 2005, at 3:00 p.m.**

                                                                                       By the Court,

                                                                           /s/ Robert C. Alba
                                                                           Deputy Clerk

Copies to:  All Counsel

resched.ntc