UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES F. POINTER,

            Plaintiff

Vs.                              CIVIL ACTION NO. 04-10973-PBS

NATIONAL RAILROAD
PASSENGER CORPORATION,

            Defendant

## STIPULATION OF VOLUNTARY DISMISSAL

The Plaintiff, James F. Pointer, by and through his attorneys, Hannon & Joyce, and the Defendant, National Railroad Passenger Corporation, by and through its attorneys, Flynn & Associates, hereby voluntarily dismiss the within action, with prejudice and without costs to either party.

HANNON & JOYCE

By: _____
THOMAS J. JOYCE, III, ESQUIRE
Public Ledger Building, Suite 1000
150 S. Independence Mall West
Philadelphia, PA  19106
215-446-4460
Attorney for Plaintiff

FLYNN & ASSOCIATES

By: _____
LORI A. WIRKUS, ESQUIRE
BBO #635525
400 Crown Colony Drive
Quincy, MA  02169
617-773-5500
Attorney for Defendant

MICHAEL J. McDEVITT, ESQUIRE
BBO #564720
Lawson & Weitzen, LLP
88 Black Falcon Avenue      Suite 345
Boston, MA  02210
617-439-4990
Local Counsel for Plaintiff

Dated:     April 25, 2005